FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 2 2 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
___ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) 2:12-CR-305-JCM-(PAL)
)
AARON AGUIAR-GARCIA, )
)
    Defendant. )

**FINAL ORDER OF FORFEITURE AS TO
DEFENDANT AARON AGUIAR-GARCIA**

On January 16, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant AARON AGUIAR-GARCIA to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 17; Plea Memorandum, ECF No. 18; Preliminary Order of Forfeiture, ECF No. 20.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 20) is final as to defendant AARON AGUIAR-GARCIA.

DATED this _____ day of _____ 2013.

_____
UNITED STATES DISTRICT JUDGE